No. 66482.—Andrew Fisher Cycle Co., Inc. *v.* United States, protests 59/9031 and 60/28078 (Seattle).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.